IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE RAHSAAN BROOKS, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 88-1427 |
| ) | Judge Arthur J. Schwab |
| v. ) | Chief Magistrate Judge Maureen P. Kelly |
| ) | |
| CHARLES H. ZIMMERMAN, ) | |
| ) | |
| Respondent. ) | |

## **ORDER OF COURT**

After Petitioner George Rahsaan Brooks filed a Motion for Extraordinary Relief and Change in the Law in the above-captioned matter, Chief United States Magistrate Judge Maureen P. Kelly filed a Report and Recommendation giving the parties until May 7, 2018, to file written objections thereto. Upon review of the Objections filed by Petitioner on April 30, 2018, upon review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED this 4th day of May, 2018 that the Motion for Extraordinary Relief and Change in the Law is DENIED. A certificate of appealability is DENIED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ *Arthur J. Schwab*
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF